IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEO HARRIS, | ) | Civil Action No. 2:25-cv-0064 |
| | ) | |
| Plaintiff, | ) | HONORABLE DAVID S. CERCONE |
| | ) | |
| v. | ) | |
| | ) | |
| CHATHAM UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed. |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear their own fees and costs.

Respectfully submitted,

s/Jessica A. Priselac
Jessica A. Priselac, Esquire
jpriselac@duanemorris.com

*Counsel for Defendant*

Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
412.497.1046

Dated: June 16, 2025

s/Massimo A. Terzigni
Massimo A. Terzigni, Esquire
mterzigni@joelsansonelaw.com
PA ID No. 317165

*Counsel for Plaintiff*

Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

**SO ORDERED:**
Dated: June 17, 2025

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge